**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAUSTINO RODRIGUEZ VILLA, ) | NO. ED CV 14-754-GW(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| AMY MILLER, Warden, ) | |
| Respondent. ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 13, 2015.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE